## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>C. SPECIALTIES, INC. and JOHN DOES 1-10,<br><br>　　　　　　　　　　Defendants. | No.　1:15-cv-05581<br><br>Hon.　Ronald A. Guzman |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SHAUN FAULEY ("Fauley"), and Defendant, C. SPECIALTIES, INC. ("C. Specialties"), through their undersigned attorneys, hereby stipulate to: (1) the dismissal of Fauley's individual claims against C. Specialties with prejudice and without costs; and (2) the dismissal of putative class members claims against Defendant without prejudice and without costs. Fauley and C. Specialties are to bear their own costs.


s/Ross M. Good　　　　　　　　　　　　　　　/s/Erin A. Walsh　　　　(with permission)
Brian J. Wanca　　　　　　　　　　　　　　　Erin A. Walsh

Brian J. Wanca　　　　　　　　　　　　　　　Eric L. Samore
Ryan M. Kelly　　　　　　　　　　　　　　　　Erin A. Walsh
Ross M. Good　　　　　　　　　　　　　　　SmithAmundsen LLC
Anderson + Wanca　　　　　　　　　　　　　150 North Michigan Ave, Suite 3300
3701 Algonquin Rd., Suite 500　　　　　　　Chicago, IL 60601
Rolling Meadows, IL 60008　　　　　　　　Fax: 312-894-3210
Telephone: 847-368-1500　　　　　　　　　Email: marranz@salawus.com
Fax: 847-368-1501　　　　　　　　　　　　　　　　　　ewalsh@salawus.com
Email: bwanca@andersonwanca.com
　　　　rkelly@andersonwanca.com　　　　*Attorneys for Defendant, C. Specialties, Inc.*
　　　　rgood@andersonwanca.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 20, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                  /s/Ross M. Good